In the Matter of the CITY OF ROCHESTER et al., Appellants, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al, Respondents.

Argued May 25, 1950; decided December 1, 1950.

*William H. Emerson, Corporation Counsel (Frederick J. Wilkens* and *James H. Boomer* of counsel), for appellants.

*Sherman C. Ward, Acting Counsel (Joseph J. Doran* and *Samuel R. Madison* of counsel), for Public Service Commission, respondent.

*Howard M. Woods* and *Gay H. Brown* for Rochester Transit Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.